THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL BOWENS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>RYAN ARBON et al.,<br><br>　　　　　　Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 1:20-CV-130-DBB<br><br>District Judge David Barlow |

　　　　Reviewing this prisoner civil-rights complaint under 28 U.S.C.S. § 1915A (2022), in an Order dated January 4, 2022, the Court deemed it deficient. (ECF No. 13.) The Court gave directions for curing deficiencies, sent Plaintiff a "Pro Se Litigant Guide" (with a civil-rights complaint form), and ordered deficiencies be cured within thirty days. Plaintiff was then granted an extension until March 7, 2022, but has not since been heard from in five months.

　　　　**IT IS ORDERED** that this action is **DISMISSED** without prejudice for failure to state a claim under 28 U.S.C.S. § 1915(e)(2)(B)(ii) (2022), follow the Court's Order, and prosecute this case, *see* DUCivR 41-2. This action is **CLOSED.**

　　　　DATED this 5th day of July, 2022.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JUDGE DAVID BARLOW
　　　　　　　　　　　　　　　　　　　　United States District Court